441 A.2d 449

Shreffler v. Shreffler.

Appeal of Violet Shreffler, Venango County Children and Youth Services, participating party.

 Argued September 28, 1981. David M. Axinn, for appellant; Walter Bloom, District Attorney, for appellee and participating party.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.